Brian Brazier, Esq. (SBN: 245004)
Price Law Group, APC
8245 North 85th Way
Scottsdale, AZ 85258
T: (818) 600-5564
F: (818) 600-5464
E: brian@pricelawgroup.com

Lauren Tegan Rodkey, Esq. (SBN: 275830)
Price Law Group, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5526
F: (818) 600-5426
E: tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Mary Brittain*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BRITTAIN, <br><br> Plaintiff, <br><br> v. <br><br> NAVIENT SOLUTIONS, LLC, <br><br> Defendant. | **Case No. 2:18-cv-10529-FMO-AGR** <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Mary Brittain and Defendant Navient Solutions, LLC ("Navient"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Navient.

The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

Respectfully submitted this 23rd day of April 2020,

| PRICE LAW GROUP, APC | HINISHAW & CULBERTSON LLP |
|---|---|
| By: */s/Brian J. Brazier* <br> Brian Brazier, Esq (SNB: 2445004) <br> 8245 North 85th Way <br> Scottsdale, AZ 85258 <br> T: 818-600-5587 <br> brian@pricelawgroup.com <br><br> *Attorneys for Plaintiff* <br> *Michele Angelini* | By: */s/Dennis N. Lueck* <br> Dennis N. Lueck, Jr. <br> One California Street, 18th Floor, <br> San Francisco, CA 94111 <br> T: 212-471-6216 <br> dlueck@hinshawlaw.com <br><br> *Attorneys for Defendant* <br> *Navient Solutions, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                                    */s/Florence Lirato*