1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MARY BRITTAIN,

                Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,

                Defendant.

**Case No. 2:18-cv-10529-FMO-AGR**

**ORDER GRANTING STIPULATION
[23] DISMISSAL OF DEFENDANT
NAVIENT SOLUTIONS, LLC**

     Upon review of the parties' Stipulation of Dismissal with Prejudice of Defendant Navient Solutions, LLC, and good cause appearing,

     IT IS ORDERED that the Stipulation is GRANTED. The above-entitled matter is hereby dismissed with prejudice, as to Navient Solutions, LLC, with the parties to bear their own attorneys' fees, costs, and expenses.

     IT IS SO ORDERED.

Dated: April 24, 2020

                            /s/
                     HONORABLE FERNANDO M. OLGUIN
                     UNITED STATE DISTRICT JUDGE